## AMERICAN BANK OF CONNECTICUT *v.* KATHERINE G. IVIMEY ET AL.
## (13413)

Landau, Schaller and Hennessy, Js.

Argued November 30—decision released December 19, 1995

*John Ivimey, Sr.*, pro se, with whom , on the brief, was *Katherine Ivimey*, pro se, the appellants (defendants).

*Leanne M. Kinsley*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.